# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CAMELIA MORALES,

                Plaintiff,　　　　　　　20 **CIVIL** 4053 (JPO)

    -v-　　　　　　　　　　　　　　　　**JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 16, 2021, that the decision of the Commissioner of Social Security shall be, and hereby is, reversed and that this action shall be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42U.S.C. 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           March 17, 2021

                                                **RUBY J. KRAJICK**

                                                _____
                                                **Clerk of Court**
                **BY:**     *K. mango*

                                                _____
                                                **Deputy Clerk**